THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROGER MATHEWS,              )
                            )
            Plaintiffs,     )
                            )
v.                          )     Case No. 17-1175-EFM
                            )
BUTLER COMMUNITY COLLEGE,   )
                            )
            Defendant.      )
                            )

MINUTE ORDER

BY THE DIRECTION OF THE HONORABLE ERIC F. MELGREN, UNITED STATES DISTRICT COURT JUDGE:

The Court conducted a jury trial in this matter and the jury was charged on January 7, 2020. Deliberation began on January 10, 2020 and the Court orders that lunch be provided by the Clerk to the jury members during their deliberation.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE