IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

JAN 1 0 2020

Clerk, U.S. District Court
By_____Cm_____Deputy Clerk

ROGER MATHEWS, )
)
    Plaintiff, )
)
v )  Case No. 17-1175-EFM
)
BUTLER COMMUNITY COLLEGE, )
)
    Defendant. )
)

## VERDICT FORM

WE, the Jury, impaneled and sworn in the above entitled case, upon our oaths, do make the following answers to the following questions propounded by the Court.

1. Do you find that Butler Community College is liable to Roger Mathews for constructively discharging him because of his age?

    __✓__ Yes

    _____ No

2. Do you find that Butler Community College is liable to Roger Mathews for constructively discharging him in retaliation for his expressed opposition to age discrimination?

    __✓__ Yes

    _____ No

[If your answers to the two questions above are "No," STOP. Have your foreperson sign and date this form and notify the courtroom deputy that you have completed your deliberations. Answer the following questions regarding damages only if you answered "Yes" to Questions Nos. 1 or 2.]

3. What monetary amount, if any, should Roger Mathews be awarded for his lost back pay and benefits?

$ 298,000

4. What monetary amount, if any, not to exceed $2,000, should Roger Mathews' receive for his pain, suffering, and humiliation?

$ 2,000

5. Do you find that any unlawful conduct of Butler Community College was willful?

✓ Yes

____ No

6. Was agreement on each of the above five questions unanimous?

✓ Yes

____ No

Date: 1/10/2020          Presiding Juror: _