168280 **WG**

Voucher Amount
62.00

MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.
WICHITA, KS 67202

Voucher Description
Witness & mileage fee for deposition subpoena

Voucher Date
11/29/2018

Voucher#
24706-0004

FILE COPY

**1**



# MARTIN | PRINGLE
## ATTORNEYS AT LAW

100 N. Broadway, Suite 500, Wichita, Kansas 67202 | 316-265-9311

**Deborah Martinez | Legal Assistant | dmartinez@martinpringle.com**

November 29, 2018

Tim Bryan
124 S. 2nd Street
Colwich, KS 67030

   Re: ***Mathews v. Butler Community College***
     Our File No. 24706-04

Dear Mr. Bryan:

  Enclosed please find a check in the amount of $62.00 for your witness fee and mileage for your appearance at a deposition on December 11, 2018 in the above-referenced matter. Also enclosed is another copy of the subpoena. The subpoena was also left on your front door on November 29, 2018 by our process server.

     Very truly yours,

     MARTIN, PRINGLE, OLIVER
     WALLACE & BAUER, L.L.P.


     By: Deborah Martinez
       Legal Assistant to
       Terry L. Mann

/dm
Encl.
cc: Terry Mann



**Kansas | Missouri**

Wichita | Overland Park | Kansas City

**martinpringle.com**

**2**

Vendor ID:

Payee:   James T. Bryan

Check #:        173293
Check Date:   Dec 4, 2019

| Disb Date | Disb ID | Disbursement Description | Client | Matter | Amount |
|-----------|---------|--------------------------|--------|--------|--------|
| Dec 04/2019 | 11673 | Witness Fees | 24706 | 0004 | $62.04 |
| | | | | Disbursements Total: | $62.04 |

**3**

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | |
|---|---|
| ROGER MATHEWS | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   17-1175-EFM/KGS |
| BUTLER COMMUNITY COLLEGE | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  JAMES TIMOTHY BRYAN
     124 South Second Street, Colwich, KS  67030

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Kansas District Courthouse  401 N. Market  Wichita, KS  67202 | Courtroom No.: 408 |
|---|---|
| | Date and Time:   January 9, 2020 @ 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: December 5, 2019

*CLERK OF COURT*

OR _____

_____                     _____
*Signature of Clerk or Deputy Clerk*                            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Plaintiff
_____ , who issues or requests this subpoena, are:

Terry L. Mann, 645 E. Douglas, Ste. 100
Wichita, KS  67202
316-265-9311 tlmann@martinpringle.com

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**4**

Vendor ID:

Payee:     Jay Moorman

Check #:       173294
Check Date:    Dec 4, 2019

| Disb Date | Disb ID | Disbursement Description | Client | Matter | Amount |
|-----------|---------|-------------------------|--------|--------|--------|
| Dec 04/2019 | 11674 | Witness Fees | 24706 | 0004 | $60.88 |
| | | | | Disbursements Total: | $60.88 |

AO 88 (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

*Served 12-5-19*

| | |
|---|---|
| ROGER MATHEWS | ) |
| *Plaintiff* | ) |
| v. | ) |
| BUTLER COMMUNITY COLLEGE | ) |
| *Defendant* | ) |

Civil Action No.   17-1175-EFM/KGS

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  JAY R. MOORMAN
   1623 South Lynnrae Street, Wichita, KS  67207

*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:  United States Kansas District Courthouse | Courtroom No.:  408 |
|---|---|
| 401 N. Market | |
| Wichita, KS  67202 | Date and Time:   January 8, 2020 @ 9:00 a.m. |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  December 5, 2019

   *CLERK OF COURT*

OR

_____          *Terry L. Mann*
      *Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiff
_____ , who issues or requests this subpoena, are:

   Terry L. Mann, 645 E. Douglas, Ste. 100, Wichita, KS  67202
   316-265-9311 tlmann@martinpringle.com

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**6**

Vendor ID:

Payee:   Vicki Long

Check #:        173296
Check Date:   Dec. 4, 2019

| Disb Date | Disb ID | Disbursement Description | Client | Matter | Amount |
|-----------|---------|-------------------------|--------|--------|--------|
| Dec 04/2019 | 11676 | Witness Fees | 24706 | 0004 | $55.08 |
| | | | | Disbursements Total: | $55.08 |

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Kansas

*Served 12-5-19*

| | | |
|---|---|---|
| ROGER MATHEWS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   17-1175-EFM/KGS |
| BUTLER COMMUNITY COLLEGE | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: VICKI K. LONG
6643 East 32nd Court North, Wichita, KS  67226

4

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States Kansas District Courthouse<br>401 N. Market<br>Wichita, KS  67202 | Courtroom No.: 408 |
|---|---|---|
| | | Date and Time:   January 7, 2020 @ 1:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: December 5, 2019

CLERK OF COURT

_____          OR      _____
    *Signature of Clerk or Deputy Clerk*                                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiff
_____ , who issues or requests this subpoena, are:

Terry L. Mann, 645 E. Douglas, Ste. 100, Wichita, KS  67202
316-265-9311 tlmann@martinpringle.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**8**



# Harrison Elliott

**Certified Court Reporters**
1417 N. St. Paul  Wichita, KS  67203
(316)267-8278/Fax (316)2678621

| Date | 12/27/2018 |
| --- | --- |
| Invoice # | 42710 |

**Bill To:**

Terry L. Mann
Martin, Pringle, Oliver, Wallace & Bauer
Attorneys at Law
100 N. Broadway, Suite 500
Wichita, KS  67202

| Description | Amount |
| --- | --- |
| **ROGER MATHEWS vs. BUTLER COUNTY COLLEGE** | |
| **Deposition taken on December 11, 2018** | |
| **Deposition of JAMES TIMOTHY BRYAN - Transcript** | 1,209.75 |
| **Exhibits** | 24.30 |
| **Handling** | 10.00 |
| **Transcript and Exhibits sent Electronically** | |
| TAX ID #46-4074123 | |
| H/r | |

RECEIVED
DEC 3 1 2018
ACCOUNTING

ENTERED
JAN 0 2018
ACCOUNTING

Ok to pay

DEC 3 1 2018

| *We're grateful for your business and vow that we never fail to show our appreciation.* | $1,244.05 |
| --- | --- |

**9**



# Harrison Elliott

**Certified Court Reporters**
1417 N. St. Paul  Wichita, KS  67203
(316)267-8278/Fax (316)2678621

| Date | 12/26/2018 |
|------|------------|
| Invoice # | 42699 |

**Bill To:**

Terry L. Mann
Martin, Pringle, Oliver, Wallace & Bauer
Attorneys at Law
100 N. Broadway, Suite 500
Wichita, KS  67202

| Description | Amount |
|---|---|
| **ROGER MATHEWS vs. BUTLER COMMUNITY COLLEGE** | |
| **Deposition taken on December 14, 2018** | |
| **Deposition of ROGER MATHEWS - Copy** | 456.00 |
| **Exhibits** | 36.90 |
| **Transcript and Exhibits sent Electronically** | |
| **TAX ID #46-4074123** | |
| E/r | |
| iness and vow that we never our appreciation. | $492.90 |

RECEIVED DEC 28 2018 ACCOUNTING

ENTERED DEC 31 2018 ACCOUNTING

OK to pay M

DEC 27 2018

10



# Harrison Elliott

*Certified Court Reporters*
1417 N. St. Paul  Wichita, KS  67203
(316)267-8278/Fax (316)2678621

| Date | 12/17/2018 |
|---|---|
| Invoice # | 42657 |

**Bill To:**

Terry L. Mann
Martin, Pringle, Oliver, Wallace & Bauer
Attorneys at Law
100 N. Broadway, Suite 500
Wichita, KS  67202

| Description | Amount |
|---|---|
| **ROGER MATHEWS vs. BUTLER COUNTY COLLEGE** | |
| Deposition taken on December 7, 2018 | |
| Deposition of KIMBERLY W. KRULL - Transcript | 712.50 |
| Exhibits | 23.40 |
| Handling | 5.00 |
| Transcript and Exhibits sent Electronically | |
| TAX ID #46-4074123 | |
| H/r | |

RECEIVED
DEC 19 2018
ACCOUNTING

ENTERED
DEC 28 2018
ACCOUNTING

Ok to pay
DM
DEC 19 2018

| *We're grateful for your business and vow that we never fail to show our appreciation.* | $740.90 |
|---|---|



# Harrison Elliott

**Certified Court Reporters**
1417 N. St. Paul Wichita, KS 67203
(316)267-8278/Fax (316)2678621

| Date | 12/11/2018 |
|------|------------|
| Invoice # | 42642 |

**Bill To:**

Terry L. Mann
Martin, Pringle, Oliver, Wallace & Bauer
Attorneys at Law
100 N. Broadway, Suite 500
Wichita, KS  67202



| Description | Amount |
|-------------|--------|
| **ROGER MATTHEWS vs. BUTLER COUNTY COLLEGE** | |
| | |
| **Deposition taken on December 4, 2018** | |
| | |
| **Deposition of VICKI K. LONG - Transcript** | 881.90 |
| **Exhibits** | 17.55 |
| **Handling** | 10.00 |
| | |
| **Transcript and Exhibits sent Electronically** | |
| | |
| | |
| **TAX ID #46-4074123** | |
| | |
| | |
| E/r | |
| ENTERED | |
| DEC 28 2018 | |
| ACCOUNTING | |
| Ok to Pay Mann | |
| DEC 12 2018 | |
| *We're grateful for your business and vow that we never fail to show our appreciation.* | **$909.45** |

**12**

**168783**   **WG**

December 31, 2018   Check Number 168783   Check Amount ***3,511.80**
Harrison Elliott, 1417 N. St. Paul St., Wichita, KS 67203

| Voucher# | Voucher Date | Voucher Description | Voucher Amount |
|---|---|---|---|
| 42710 | 12/27/2018 | Transcript of deposition of J. Bryan on 12/11/18 | 1,244.05 |
| 42699 | 12/26/2018 | Transcript of deposition of R. Mathews on 12/14/18 | 492.90 |
| 42676 | 12/18/2018 | | 740.90 |
| 42657 | 12/17/2018 | Transcript of deposition of K. Krull on 12/7/18 | 909.45 |
| 42642 | 12/11/2018 | Transcript of deposition of V. Long on 12/4/18 | |



# Harrison Elliott

**Certified Court Reporters**
1417 N. St. Paul  Wichita, KS  67203
(316)267-8278/Fax (316)2678621

| Date | 1/3/2019 |
|---|---|
| Invoice # | 42728 |

**Bill To:**

Terry L. Mann
Martin, Pringle, Oliver, Wallace & Bauer
Attorneys at Law
100 N. Broadway, Suite 500
Wichita, KS  67202

| Description | Amount |
|---|---|
| **ROGER MATHEWS vs. BUTLER COMMUNITY COLLEGE** | |
| Deposition taken on December 21, 2018 | |
| Deposition of JAY R. MOORMAN - Transcript | 886.05 |
| Exhibits | 1.80 |
| Handling | 10.00 |
| Transcript and Exhibits sent Electronically | |
| TAX ID #46-4074123 | |
| E/r | |
| *We're grateful for your business and vow that we never fail to show our appreciation.* | **$897.85** |

RECEIVED
JAN 04 2019
ACCOUNTING

ENTERED
JAN 08 2019
ACCOUNTING

Ok to Pay
JAN 04 2019

**14**



169596   **WG**

February 15, 2019   Check Number 169596   Check Amount ***1,045.90**
Harrison Elliott, 1417 N. St. Paul St., Wichita, KS  67203

Voucher#
42947
42941

Voucher Date
02/08/2019
02/07/2019

Voucher Description
Transcript of deposition of M. Schweigert on 1/31/19

Voucher Amount
484.35

**15**



# Harrison Elliott

**Certified Court Reporters**
1417 N. St. Paul  Wichita, KS  67203
(316)267-8278/Fax (316)2678621

| Date | 2/8/2019 |
|---|---|
| Invoice # | 42947 |

**Bill To:**

Terry L. Mann
Martin, Pringle, Oliver, Wallace & Bauer
Attorneys at Law
100 N. Broadway, Suite 500
Wichita, KS  67202



| Description | Amount |
|---|---|
| **ROGER MATHEWS vs. BUTLER COMMUNITY COLLEGE** | |
| **Deposition taken on January 31, 2019** | |
| **Deposition of MICHAEL J. SCHWEIGERT - Transcript** | 472.55 |
| **Exhibits** | 1.80 |
| **Handling** | 10.00 |
| **Transcript and Exhibits sent Electronically** | |
| TAX ID #46-4074123 | |
| E/r | |
| *We're grateful for your business and vow that we never fail to show our appreciation.* | $484.35 |

ENTERED
FEB 14 2019
ACCOUNTING

FEB 12 2019

**16**

January 15, 2019   Check Number 169019   Check Amount **3,703.60**
Harrison Elliott, 1417 N. St. Paul St., Wichita, KS 67203

169019   **WG**

| Voucher# | Voucher Date | Voucher Description | Voucher Amount |
|---|---|---|---|
| 42773 | 01/10/2019 | | |
| 42734 | 01/04/2019 | | |
| 42726 | 01/03/2019 | | |
| 42728 | 01/03/2019 | | |
| 42730 | 01/03/2019 | Transcript of deposition of J. Moorman on 12/21/18 | 897.35 |
| 42732 | 01/03/2019 | | |
| 42724 | 01/02/2019 | | |

